UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Zbigniew Zawislak

Case No.: 09 B 34517
Chapter: 7

Judge Jacqueline P. Cox

Debtor(s)

## ORDER MODIFYING THE AUTOMATIC STAY

**THIS CAUSE** coming to be heard on the motion of U.S. BANK, N.A., a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**

(1) Pursuant to 11 U.S.C. §362(d), that U.S. BANK, N.A. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. §362(a) by modifying said stay to permit them to pursue their state court remedies as to the property commonly known as 4856 W. Addison Street Unit GE, Chicago, IL. *Effective 11-5-09*

~~(2) Rule 4001(a)(3) is not applicable and U.S. BANK, N.A. may immediately enforce and implement this order granting relief from the automatic stay.~~ JC

ENTER:

*Jacqueline P. Cox*
J. Cox
UNITED STATES BANKRUPTCY JUDGE

DATED: 9-30-09

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-09-23786**